AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Breyer, Charles R. | N.D. of California | 05/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US District Court 450 Golden Gate Ave, 19th Fl San Francisco, Ca 94102 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Berkeley Law UC Boalt Hall Alumni Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 24 A 11: 08 FINANCIAL DISCLOSURE OFFICE

Breyer, Charles R.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Salary - City Arts & Lectures, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Court Appointed Masters (ACAM) | 01/30-09 - 02/01/09 | Phoenix, Arizona | Professional Association | Meals, travel and hotel |
| 2. | Pepperdine University | 03/18/09 - 03/19/09 | Malibu, California | Professional Association | Meals, travel and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. C. Packer & E.J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 9) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Pacific Gas & Electric, common stock | B | Dividend | K | T | | | | | |
| 2. | Overland Express Money Market Fund | A | Dividend | L | T | | | | | |
| 3. | Piper Jaffray Money Market | A | Dividend | K | T | | | | | |
| 4. | Nike, common stock | A | Dividend | J | T | | | | | |
| 5. | Great Lakes Bancorp | | None | J | T | | | | | |
| 6. | Apple Inc | | None | | | Sold | 01/06/09 | J | A | Aqd 01/02/09 |
| 7. | U.S. Bancorp, common stock | C | Dividend | L | T | | | | | |
| 8. | Vacation Cabin, Norden, California | | None | J | W | | | | | |
| 9. | Fresno Industrial Park (Formerly Rental) | | None | N | W | | | | | Still own, but no income |
| 10. | IRA #1 (Items 11 - 43) | | | | | | | | | |
| 11. | Berkshire Hathaway C. "B" | | None | L | T | | | | | |
| 12. | Cheasapeake Core Growth | | None | | | Sold | 04/14/09 | M | A | |
| 13. | Legg Mason Value | | None | | | Sold | 04/14/09 | M | A | |
| 14. | Longleaf Partners Fund | | None | | | Sold | 04/14/09 | I | A | |
| 15. | Oakmark Select | | None | | | Sold | 04/14/09 | L | A | |
| 16. | Primecap Odysey Growth | | None | | | Sold | 04/14/09 | L | A | |
| 17. | Selected American Shares | | None | | | Sold | 04/14/09 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/4/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard Total Stock | | None | | | Sold | 04/14/09 | M | A | |
| 19. Columbia Acorn | C | Dividend | L | T | | | | | |
| 20. FPA Capital Fund | | None | | | Sold | 04/14/09 | L | A | |
| 21. Primecap Odeyssey Agg Growth | | None | | | Sold | 09/02/09 | M | A | |
| 22. Third Avenue Value | | None | | | Sold | 04/14/09 | K | A | |
| 23. Westport Select Cap Fund | E | Dividend | L | F | | | | | |
| 24. Third Avenue Real Estate | | None | | | Sold | 04/14/09 | K | A | |
| 25. Wintergreen | | None | | | Sold | 04/14/09 | L | A | |
| 26. Harbor Int'l Fund | D | Dividend | L | T | | | | | |
| 27. Third Avenue Int'l Fund | E | Dividend | M | T | | | | | |
| 28. FPA New Income Fund | | None | | | Sold | 04/14/09 | N | A | |
| 29. Pimco Total Return Fund | | None | | | Sold | 04/14/09 | N | A | |
| 30. Western Asset Core Plus | | None | | | Sold | 04/14/09 | M | A | |
| 31. Blackrock Inflation Pro Bond Port | B | Dividend | N | T | Buy | 10/09/09 | N | | |
| 32. IShares Barclays Treasury Inflation | B | Dividend | N | T | Buy | 07/17/09 | N | | |
| 33. IShares Barclays US Aggregate Bond | B | Dividend | N | T | Buy | 05/07/09 | N | | |
| 34. IShares TR MSCI Emerging Markets Index | A | Dividend | K | T | Buy | 04/21/09 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; F =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brever, Charles R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IShares IBOXX S Investor | C | Dividend | N | T | Buy | 04/21/09 | N | | |
| 36. IShares S&P North American Natural | A | Dividend | L | T | Buy | 04/21/09 | K | | |
| 37. IShares Tr Russell Midcap Index | A | Dividend | L | T | Buy | 10/16/09 | L | | |
| 38. IShares Tr Russell 1000 Value Index | A | Dividend | M | T | Buy | 09/10/09 | M | | |
| 39. IShares Tr Russell 1000 Growth Index | A | Dividend | M | T | Buy | 09/04/09 | L | | |
| 40. IShares Tr Russell 1000 Index | A | Dividend | L | T | Buy | 10/01/09 | M | | |
| 41. Pimco Total Return | C | Dividend | M | T | Buy | 10/09/09 | M | | |
| 42. Templeton Global Bond | A | Dividend | M | T | Buy | 09/02/09 | M | | |
| 43. Fidelity Cash Reserves | A | Dividend | N | T | Buy | 12/31/09 | N | | |
| 44. Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 45. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 46. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 47. Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 48. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | J | T | | | | | |
| 49. IRA #2 (50 - 51) | | | | | | | | | |
| 50. Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 51. Select American Shares | A | Dividend | J | T | | | | | |

1. Income Gain Codes      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)         U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schroder Muni Bond | B | Dividend | J | T | | | | | |
| 53. Schroder Short Term Bond | A | Dividend | J | T | | | | | |
| 54. Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 55. Westport Select Funds | | None | J | T | | | | | |
| 56. Dreyfus Treasury Money Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held.

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544